**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2652

JOHN DONALD RYAN,

Plaintiff - Appellant,

versus

BALTIMORE COUNTY, MARYLAND,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-97-L)

Argued: September 24, 1999          Decided: October 28, 1999

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Michael Lawrence Marshall, SCHLACHMAN, BELSKY & WEINER, P.A., Baltimore, Maryland, for Appellant. Gregory Edward Gaskins, Assistant County Attorney, Towson, Maryland, for Appellee. **ON BRIEF:** Virginia W. Barnhart, County Attorney, John E. Beverungen, Assistant County Attorney, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Officer John Ryan, a former Baltimore County police officer, appeals from the summary judgment granted to Baltimore County terminating his employment and the dismissal of his application for a writ of mandamus.  After consideration of the record, the briefs, and oral arguments, we affirm for reasons adequately stated by the district court, <u>Ryan v. Baltimore County, Md.</u>, Civil No. L-96-97 (D. Md. Sept. 30, 1996 and Oct. 7, 1998).

<u>AFFIRMED</u>